IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KUMOSKI WHITLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:15-CV-755-WKW |
| | ) |
| 22ND JUDICIAL CIRCUIT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 24, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of the court.

A separate final judgment will be entered.

DONE this 16th day of December, 2015.

                                           /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE